

# UNION CONTRACT

~BETWEEN~

## THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS
## LOCAL UNION NO. 79

~AND~

## BAY LINEN, INC.



Bay Linen

AUGUST 1, 2007 - JULY 31, 2010

JOINT EXHIBIT 2

GENERAL MEMBERSHIP MEETINGS ARE HELD
THE THIRD SATURDAY OF EACH MONTH
AT 9 00 A M
EXCEPT FOR THE MONTHS OF
JUNE, JULY AND AUGUST

THE UNION HALL IS LOCATED AT
5818 E MARTIN LUTHER KING, JR BOULEVARD
TAMPA, FLORIDA 33619

SHOULD YOU HAVE ANY QUESTIONS
PLEASE FEEL FREE TO CONTACT YOUR BUSINESS AGENT

JOHN SHOLTES
BUSINESS AGENT (EXT 8)

or

KENNETH W WOOD, PRESIDENT &
BUSINESS MANAGER (EXT 5)

at

TAMPA
(813) 621-1391 or (800) 741-3500
FAX (813) 626-7915

THIS CONTRACT BELONGS TO

_____

# TABLE OF CONTENTS

| | |
|---|---:|
| Agreement | 1 |
| Preamble | 1 |
| Article 1 Recognition and Bargaining Unit Work | 1 |
| Article 2 Dues Checkoff | 2 |
| Article 3 No Discrimination | 3 |
| Article 4 Union Representation and Activities | 4 |
| Article 5 Grievance Procedure | 4 |
| Article 6 Military Duty | 6 |
| Article 7 Health and Safety | 7 |
| Article 8 Time Off for Union Business | 8 |
| Article 9 No Individual Agreements | 8 |
| Article 10 Seniority, Layoffs and Recall | 9 |
| Article 11 Management Rights | 10 |
| Article 12 Posting of Work Rules | 11 |
| Article 13 Transfer of Company Title or Interest | 11 |
| Article 14 Union Bulletin Board | 11 |
| Article 15 Probationary Period | 12 |
| Article 16 Discipline and Discharge | 12 |
| Article 17 Miscellaneous Provisions | 13 |
| Article 18 No Strike and No Lockout | 13 |
| Article 19 Entire Agreement | 15 |

| | |
|---|---|
| Article 20  Savings Clause | 15 |
| Article 21  Wages | 15 |
| Article 22  Hours of Work and Overtime | 17 |
| Article 23  Paid Holidays | 18 |
| Article 24  401(k) Plan | 18 |
| Article 25  Health Insurance | 19 |
| Article 26  Uniforms | 19 |
| Article 27  Vacation/Paid Days Off | 19 |
| Article 28  Funeral, Jury Duty and Voting Leave | 22 |
| Article 29  Duration | 22 |
| Addendum A | 24 |
| Addendum B | 25 |

# AGREEMENT

This AGREEMENT, effective this August 1, 2007, through 11 59 p m on July 31, 2010, is between Bay Linen Inc, hereinafter called the Employer or Company, and Local 79, AFL-CIO, hereinafter called the Union, representing the Employers Employees in the bargaining unit certified by the NLRB in case no 12-RC-8594 (hereinafter called "Unit Employees" or "employees")

## PREAMBLE

WHEREAS, it is the desire of the Employer and the Union to promote harmonious and cooperative relationships between the Employer and its Employees, both collectively and individually, and to protect the Employer and the Employees by assuring, during the term of this Agreement, the orderly and uninterrupted operations and functions of the Employer's facilities, and

WHEREAS, it is the intention of the parties to this Agreement to set forth the entire agreement with respect to matters within the scope of negotiations,

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the parties do agree as follows

## ARTICLE 1

### Recognition and Bargaining Unit Work

Section 1 - The Employer recognizes the Union as the exclusive representative for the purpose of collective bargaining with respect to wages, hours, and terms and conditions of employment for all employees within the bargaining unit description in NLRB case number 12-RC-8594

Drivers working on a "temp-to-perm" status employed directly by an agency as part of the Company's recruitment practices shall be included in the bargaining unit A "temp-to-perm" driver is defined as an agency employee filling a vacant position The Company shall promptly notify the Union upon the start of a "temp-to-perm" employee's status Notwithstanding anything to the contrary herein, a "temp-to-perm" employee shall be probationary and shall not be covered by the grievance or arbitration procedures herein, nor covered by the economic provisions of this Agreement, until the driver achieves permanent status by completing the hours required by the agency or the equivalent of four (4) months work time, whichever is shorter Upon achieving permanent status, the employee shall be considered non-probationary and will have a seniority date and be added to the Seniority List as of the first day of permanent status and will be covered by all

1

provisions of this Agreement The Company will promptly notify the Union of a "temp-to-perm" employee's achieving permanent status

Section 2 - It is agreed that supervisors and other non-bargaining unit employees will not perform bargaining unit work except

   (A)   When such is necessary for the purpose of instruction and/or training of personnel

   (B)   In case of emergency

   (C)   Minimal non-route deliveries by supervisors in vehicles other than Company trucks at levels comparable to that existing as of the date of execution of this Agreement

   (D)   Temporary drivers from agency to fill-in for drivers, provided the Company will offer the work to drivers who have expressed an interest in the extra work by signing a bid sheet for the work on their days off The bid sheet will be posted and remain in effect until there are any additions or deletions to the list, at which time a new list will be posted The employee called and who accepts the work will report as soon as possible but not later than one (1) hour within being called to report to work Nothing herein shall entitle any employee to any "on-call pay" of any nature

## No Individual Agreements

The Company agrees not to enter into any agreement or contracts with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement

8

# ARTICLE 11

## Management Rights

Except as expressly limited by any provision of this Agreement, the Employer reserves and retains exclusively all of its normal and inherent rights with respect to the management of its operations, whether exercised or not, including but not limited to, its rights to determine, and from time to time redetermine, the number, locations and type of its various operations, functions and services, the methods, procedures, and policies to be employed, to discontinue the conduct of any operations, functions or services, in whole or in part, to subcontract or lease all or part of its functions, to select and direct the employee working force in accordance with requirements determined by the Employer, to discontinue job classifications, to establish and change work schedules and assignments, to transfer or promote employees, to layoff, furlough, terminate or otherwise relieve employees from work for lack of work, lack of funds, or other legitimate reason, to suspend, discharge or otherwise discipline employees for just cause, and otherwise to take such measures as the Employer may determine to be necessary to the orderly and efficient operation of its various operations, functions, and services

# ARTICLE 25

## Health Insurance

Section 1 - During the term of this Agreement, the Company shall offer health care insurance for all covered by this Agreement who are eligible according to the terms of the insurance program Open enrollment for the Company insurance program shall be offered November of each year

Section 2 - The Company shall offer health coverage for the term of this Agreement that is no less than the current coverage (which includes but is not limited to, dental and prescription coverage) that is in effect at the time of ratification of this Agreement

Section 3 - The cost of health insurance which is being paid at the time of ratification of this Agreement will not be raised during the life of this Agreement by any amount in excess of any increase which will be paid by any other employee of the company

Section 4 - All disputes regarding insurance coverage or reimbursement shall be handled under the Company's insurance plan and shall not be subject to the grievance and arbitration procedures of this Agreement

IN WITNESS WHEREOF, the parties have set their signatures this _____ day of _____, 2007 (See different dates below)

_____  23/Aug 2007
Mark J Hoenemeyer
Chief Executive Officer
Bay Linen, Inc

_____  8/22/07
John Sholtes
Business Agent
Teamsters Local Union 79

_____
Ed Blood
Union Steward

_____
James Allison
Union Steward

23